FRANCIS E. CROASDALE, APPELLANT, v. THE COURT OF QUARTER SESSIONS OF THE COUNTY OF ATLANTIC, RESPONDENT.

Argued July 6, 1916—Decided November 20, 1916.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 506.

For the appellant, *Washington & Smith.*

For the respondent, *Clarence L. Cole* and *G. Arthur Bolte.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, WILLIAMS, TAYLOR, GARDNER, JJ.  10.

*For reversal*—None.